ORIGINAL

WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5651
Facsimile: (415) 625-5657
Marcia.Mitchell@eeoc.gov

WILFREDO TUNGOL - #2550 (HI)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Honolulu Local Office
300 Ala Moana Blvd. #7-127
Box 50082
Honolulu, Hawaii 96850
Telephone: (808) 541-3120
Facsimile: (808) 541-3390

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 1 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

CV05  00564  HG    KSC

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) <br> Plaintiff, ) <br> v. ) <br> KAISER PERMANENTE, ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> COMPLAINT <br> Civil Rights <br> – Employment Discrimination <br><br> **JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and to provide appropriate relief to Margaret McIlroy who was adversely affected by such practices. As alleged below, Defendant, Kaiser Permanente subjected Margaret McIlroy to sex discrimination by withdrawing a job offer within twenty-four hours of learning that she was pregnant.

COMPLAINT

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f)(1), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were and are now being committed within the County of Maui in the State of Hawaii which is within the jurisdiction of the United States District Court for the District of Hawaii

## PARTIES

3.      Plaintiff, Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant, Kaiser Permanente Hawaii ("Kaiser" or "Defendant Employer"), has continuously been doing business in the State of Hawaii and the City of Wailuku and has continuously had at least fifteen employees.

5.      At all relevant times, Defendant Kaiser has continuously been an employer engaged in an industry affecting commerce within the meaning of section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Margaret McIlroy filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant Kaiser.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least September 11, 2003, Defendant Kaiser has engaged in

COMPLAINT

unlawful practices at its Wailuku, Hawaii job site in violation of section 703(a)(1) of Title VII, 42 U.S.C. §§2000e-2(a).  These practices include denying Margaret McIlroy a position as Director of Nursing for Obstetrics and Pediatrics on the basis of her gender, female.

8.     The effect of the practices complained of in paragraph 7 above has been to deprive Ms. McIlroy of equal employment opportunities and otherwise to adversely affect his status as an employee because of her gender, female.

9.     The unlawful employment practices complained of in paragraphs 7-8 above were and are intentional.

10.     The unlawful employment practices complained of in paragraphs 7-8  above were and are done with malice and/or reckless disregard for the federally protected rights of Ms. McIlroy.

PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of gender.

B.     Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for its female employees and which eradicate the effects of its past and present unlawful employment practices.

C.     Order Defendant Employer to make whole Ms. McIlroy by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including medical expenses, with interest, in amounts to be determined at trial.

D.     Order Defendant Employer to make whole Ms. McIlroy  by providing compensation for past and future non-pecuniary losses caused by the above

COMPLAINT

unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

     E.    Order Defendant Employer to pay Ms. McIlroy punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

     F.    Grant such further relief as the Court deems proper.

     G.    Award the Commission its costs in this action.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

COMPLAINT

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

ERIC S. DREIBAND
GENERAL COUNSEL

JAMES L. LEE
DEPUTY GENERAL COUNSEL

GWENDOLYN YOUNG REAMS
ASSOCIATE GENERAL COUNSEL

Dated: 8/12/05

WILLIAM R. TAMAYO
Regional Attorney

Dated: 8/12/05

JONATHAN T. PECK
Supervisory Trial Attorney

Dated: 8/11/05

MARCIA L. MITCHELL
Senior Trial Attorney - Lead Counsel

Dated: 8/30/05

WILFREDO TUNGOL
Trial Attorney - Local Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

COMPLAINT

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

**SUMMONS IN A CIVIL ACTION**

V.

KAISER PERMANENTE

CASE NUMBER:

TO: (Name and address of Defendant)

PHCS HAWAII INC
REGISTERED AGENT FOR KAISER PERMANENTE
1001 BISHOP ST
HONOLULU, HI 96813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARCIA MITCHELL
U.S. EEOC
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105
(415) 625-5651

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA

_____   DATE   AUG 3 1 2005
CLERK

_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                           Date                         *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.